<u>                              UNITED STATES DISTRICT COURT                              </u>
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

<u>                                </u>
Raphael Morales and Mila  Morales   :
Individually & as h/w               :
3505 Vintage Spring Terrace         :
Onley, MD 20832                     :
       Plaintiffs              :
    v.                            :       NO.: **2:07-cv-04419**
                                    :
Superior Living Products, LLC, et al :
355 Circle of Progress              :
Pottstown, PA 19464                 :       Jury Trial of Twelve (12) Jurors Demanded
       Defendants              :

## PLAINTIFF'S MOTION FOR ENLARGMENT OF TIME TO FILE AMENDED COMPLAINT

1. On September 18, 2008, this Honorable Court entered its Order (docket #20) directing Plaintiffs file their Amended Complaint by September 30, 2008, dismissing Defendants' Motion to Dismiss without prejudice per this Amended Complaint.

2. Given Plaintiffs' counsel's familial obligations (in-laws are in from out of state for the four (4) day weekend) and religious prohibitions (Rosh Hashanah) both commensurate with counsel's religious holiday additionally secondary to the complexity of the Amended Complaint's RICO Count, Plaintiffs request a brief enlargement of time to file the Amended Complaint.

WHEREFORE, Plaintiffs request this Honorable Court grant a seven (7) day enlargement of time to file their Amended Complaint.

                                              PROCHNIAK WEISBERG, P.C.

                                              <u>/s/ Matthew B. Weisberg, Esquire</u>
                                              MATTHEW B. WEISBERG
                                              Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Raphael Morales and Mila Morales : | |
| Individually & as h/w : | |
| 3505 Vintage Spring Terrace : | |
| Onley, MD 20832 : | |
| Plaintiffs : | |
| v. : | NO.: **2:07-cv-04419** |
| : | |
| Superior Living Products, LLC, et al : | |
| 355 Circle of Progress : | |
| Pottstown, PA 19464 : | Jury Trial of Twelve (12) Jurors Demanded |
| Defendants : | |

## **ORDER**

AND NOW this      day of                    , 2008, upon consideration of Plaintiffs' Motion for Enlargement of Time to File Amended Complaint, it is hereby ORDERED and DECREED that Plaintiffs' Motion is GRANTED, and Plaintiffs' Amended Complaint shall be filed within seven (7) days from the date of entry of this Order.

**AND IT IS SO ORDERED.**

_____
James Knoll Gardner, J.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Raphael Morales and Mila Morales : <br> Individually & as h/w  : <br> 3505 Vintage Spring Terrace  : <br> Onley, MD 20832  : <br>                 Plaintiffs  : <br>    v.  : <br>    : <br> Superior Living Products, LLC, et al : <br> 355 Circle of Progress  : <br> Pottstown, PA 19464  : <br>                 Defendants  : | <br><br><br><br><br> NO.: **2:07-cv-04419** <br><br><br><br> Jury Trial of Twelve (12) Jurors Demanded |

## **CERTIFICATE OF SERVICE**

I, Matthew B. Weisberg, hereby certify that on this 30th day of September, 2008, a true and correct copy of Plaintiff's Motion for Enlargement, was served via electronic filing upon the following parties:

David J. Pearlman, Esq.
BOCHETTO & LENTZ, P.C.
1524 LOCUST ST.
PHILADELPHIA, PA 19102

                                       PROCHNIAK WEISBERG, P.C.

                                       BY:   /s/ Matthew B. Weisberg
                                                   MATTHEW B. WEISBERG
                                                   Attorneys for Plaintiff