<u>IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

```
RAPHAEL MORALES and              )
MILA MORALES, Individually       )   Civil Action
  and as Husband and Wife,       )   No. 07-cv-04419
                                 )
         Plaintiffs              )
                                 )
    vs.                          )
                                 )
SUPERIOR LIVING PRODUCTS, LLC;   )
JOSEPH SCOTT, doing business as  )
  Superior Living Products, LLC, )
                                 )
         Defendants              )
```

<u>O R D E R</u>

NOW, this 30th day of September, 2009, upon consideration of Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint, which motion was filed November 12, 2008; upon consideration of Plaintiffs' Response to Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint, which response was filed December 1, 2008; and for the reasons expressed in the accompanying Opinion,

<u>IT IS ORDERED</u> that Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint is granted.

<u>IT IS FURTHER ORDERED</u> that the First Amended Complaint is dismissed.

<u>IT IS FURTHER ORDERED</u> that the Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:


/s/ James Knoll Gardner
James Knoll Gardner
United States District Judge