## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

___

| | | |
|---|---|---|
| Raphael Morales and Mila Morales | : | |
| Individually & as h/w | : | |
| 3505 Vintage Spring Terrace | : | CIVIL ACTION NO.: 07-4419 |
| Onley, MD 20832 | : | |
| Plaintiffs-Appellants, | : | |
| v. | : | |
| | : | JURY OF TWELVE (12) JURORS DEMANDED |
| Superior Living Products, LLC, et al | : | |
| 355 Circle of Progress | : | |
| Pottstown, PA 19464 | : | **NOTICE OF APPEAL** |
| | : | |
| Defendants-Appellees | : | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

     Notice is hereby given that Appellants, Raphael and Mile Morales, Plaintiffs in the above named case, hereby appeal to the United States District Court of Appeals for the Third Circuit, from the Order (Docket No. 39) dated September 30, 2009, granting Defendant's Motion to Dismiss, entered in this action by the District Court named above on October 1, 2009.

          Respectfully submitted,

          **WEISBERG LAW, P.C.**

     By:  /s/ Matthew B. Weisberg
          MATTHEW B. WEISBERG, ESQUIRE
          Attorney for Plaintiff-Appellant

Date: October 8, 2009
          7 South Morton Ave.
          Morton, PA 19070

Case 2:07-cv-04419-JKG   Document 40   Filed 10/08/09   Page 2 of 2

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

| | | |
|---|---|---|
| Raphael Morales and Mila Morales | : | |
| Individually & as h/w | : | |
| 3505 Vintage Spring Terrace | : | CIVIL ACTION NO.: 07-4419 |
| Onley, MD 20832 | : | |
| Plaintiffs-Appellants, | : | |
| v. | : | |
| | : | JURY OF TWELVE (12) JURORS DEMANDED |
| Superior Living Products, LLC, et al | : | |
| 355 Circle of Progress | : | |
| Pottstown, PA 19464 | : | **NOTICE OF APPEAL** |
| | : | |
| Defendants-Appellees | : | |

**CERTIFICATE OF SERVICE**

I, Matthew B. Weisberg, hereby certify that on this 8th day of October, 2009, a true and correct copy of Plaintiff's Notice of Appeal, was served via ECF, upon the following parties:

Bochetto & Lentz, P.C.
David J. Perlman, Esq.
George Bochetto, Esq.
1524 Locust Street
Philadelphia, PA 19102

**WEISBERG LAW, P.C.**

By: /s/ Matthew B. Weisberg
MATTHEW B. WEISBERG, ESQUIRE
Attorney for Plaintiff-Appellant

Date: October 8, 2009

7 South Morton Ave.
Morton, PA 19070